IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-255-WJM-KLM

JEFF SHRADER, in his official capacity as Sheriff of Jefferson County, and
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON,

Plaintiffs and Counterclaim Defendants,

v.

STEPHANIE HARDING,

Defendant and Counterclaim Plaintiff.

---

## STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| JEFFERSON COUNTY ATTORNEY<br>ELLEN G. WAKEMAN, #12290<br><br>By: */s/ Rachel Bender*<br>Eric T. Butler, #29997<br>Rachel Bender, #46228<br>Rebecca Klymkowsky, #41673<br>Assistant County Attorneys<br>Jefferson County Attorney's Office<br>100 Jefferson County Parkway<br>Suite 5500<br>Golden, CO 80419<br>Telephone: 303-271-8932<br>Fax: 303-271-8901<br>ebutler@jeffco.us<br>rbender@jeffco.us<br>rklymkow@jeffco.us<br>*Attorneys for Plaintiffs and Counterclaim Defendants* | ELKUS & SISSON, P.C.<br><br>By: */s/ Reid J. Elkus*<br>Reid J. Elkus<br>Scott D. McLeod<br>501 S. Cherry Street, Suite #920<br>Denver, CO 80246<br>relkus@elkusandsisson.com<br>smcleod@elkusandsisson.com<br>*Attorneys for Defendant and Counterclaim Plaintiff* |

**SO ORDERED**

Dated: 4/27/16

Hon. Kristen L. Mix
United States Magistrate Judge

2